ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
mumeda@robbinsumeda.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsumeda.com
JULIA M. WILLIAMS (244400)
jwilliams@robbinsumeda.com
600 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

MARK C. GARDY
mgardy@gardylaw.com
JENNIFER SARNELLI
jsarnelli@gardylaw.com
KELLY A. NOTO
knoto@gardylaw.com
GARDY & NOTIS, LLP
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337

Co-Lead Counsel for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*11/10/2010*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE CELERA CORP. DERIVATIVE LITIG. | Case No. C 10-02935 JW |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 10-02935 JW

<mark>Case 5:10-cv-02935-EJD   Document 25   Filed 11/10/10   Page 2 of 5</mark>

1    WHEREAS, on July 2 and 9, 2010, plaintiffs Alan R. Kahn and Betty Greenberg ("Plaintiffs"), filed shareholder derivative actions against nominal defendant Celera Corporation ("Celera") and certain of the officers and directors of Celera alleging breach of fiduciary duty, waste of corporate assets, and unjust enrichment;

WHEREAS, on August 11, 2010 (Dkt. No. 7), the Court related both actions to the securities class action *Washtenaw County Employees' Retirement System v. Celera Corporation, et al.*, Case No. C 10-02604- JW filed on June 14, 2010;

WHEREAS, on September 23, 2010, the Court entered an order consolidating the two pending derivative actions and directed Plaintiffs to file a consolidated complaint on or before October 15, 2010 (Dkt. No. 13);

WHEREAS, pursuant to the order entered on September 23, 2010, defendants shall respond to the Consolidated Complaint within 60 days of service, and the opposition and reply briefs shall be filed 60 and 30 days, respectively, of the any motion directed at the Consolidated Complaint;

WHEREAS, pursuant to the order entered on September 23, 2010, the Court also set a case management conference for November 15, 2010 at 10:00 a.m.;

WHEREAS, on October 15, 2010, Plaintiffs filed the Consolidated Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment (Dkt. No. 16);

WHEREAS, consistent with the Court's September 23, 2010 order, the following briefing schedule governs any motion directed at the consolidated derivative action:

    1.    Defendants' responsive pleadings shall be filed on or before December 14, 2010;

    2.    Plaintiffs shall file an opposition on or before February 14, 2011; and

    3.    Defendants shall file a reply on or before March 16, 2011.

WHEREAS, on November 2, 2010, the Court set March 7, 2011, as the date for the Case Management Conference in the related securities class action *Washtenaw County Employees' Retirement System v. Celera Corporation, et al.*, Case No. C 10-02604- JW.

<mark>- 1 -
STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 10-02935 JW</mark>

1    NOW THEREFORE, in the interest of judicial economy, the parties, by and through their

2 undersigned counsel of record, hereby agree and stipulate as follows:

3    The case management conference currently scheduled for November 15, 2010 at 10:00 a.m.

4 shall be continued to March 28, 2011 at 10:00 a.m. On or before **March 18, 2011**, the parties

5 shall file a Joint Case Management Conference statement.

6

7 DATED:  November 5, 2010                ROBBINS UMEDA LLP
                                          MARC M UMEDA
8                                         GEORGE C. AGUILAR
                                          JULIA M. WILLIAMS
9

10                                              /s/George C. Aguilar
                                              GEORGE C. AGUILAR
11
                                          600 B Street, Suite 1900
12                                        San Diego, California 92101
                                          Telephone:  (619) 525-3990
13                                        Facsimile:  (619) 525-3991
                                          E-mail: mumeda@robbinsumeda.com
14                                                gaguilar@robbinsumeda.com
                                                  jwilliams@robbinsumeda.com
15

16                                        GARDY & NOTIS, LLP
                                          MARK C. GARDY
17                                        JENNIFER SARNELLI
                                          KELLY A. NOTO
18                                        560 Sylvan Avenue
                                          Englewood Cliffs, NJ 07632
19                                        Telephone:  (201) 567-7377
                                          Facsimile:  (201) 567-7337
20                                        E-mail: mgardy@gardylaw.com
                                                  jsarnelli@gardylaw.com
21                                                knoto@gardylaw.com

22                                        Co-Lead Counsel for Plainitffs

23  DATED:  November 5, 2010               MORRISON & FOERSTER LLP
                                          JORDAN ETH
24                                        JUDSON LOBDELL
                                          DANIEL J. VECCHIO
25

26

27                                              /s/ Judson Lobdell
                                               JUDSON LOBDELL
28
                                      - 2 -
STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 10-02935 JW

|   |   |
|---|---|
| 1 |   |
| 2 | 425 Market Street |
|   | San Francisco, CA 94105 |
| 3 | Telephone: (415) 268-7000 |
|   | Facsimile: (415) 268-7522 |
| 4 | E-mail: jlobdell@mofo.com |
|   |          dvecchio@mofo.com |

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
E-mail: jlobdell@mofo.com
          dvecchio@mofo.com

Counsel for nominal defendant Celera Corporation and individual defendants Kathy Ordonez, Joel R. Jung, and Ugo Deblasi William G. Green, Richard H. Ayers, Jean-Luc Belingard, Gail K. Naughton, Wayne L. Roe, Peter Barton Hutt, and Bennett M. Shapiro

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order No. 45, X.B., I hereby attest that Judson Lobdell has concurred in this filing.

/s/ George C. Aguilar
GEORGE C. AGUILAR

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED
AS MODIFIED
Judge James Ware

November 2, 2010
DATED                                    THE HONORABLE JAMES WARE
                                         UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 10-02935 JW

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List. I hereby certify that I have sent notification and served a copy of the filing via U.S. mail to the following parties listed below.

**VIA U.S. MAIL**

| | |
|---|---|
| Harold B. Obstfeld<br>HAROLD B. OBSTFELD, P.C.<br>100 Park Avenue, 20th Floor<br>New York, NY 10017 | Mark C. Gardy<br>James S. Notis<br>Kelly A. Noto<br>GARDY & NOTIS, LLP<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |

MORRISON & FOERSTER LLP
Jordan Eth
Judson Lobdell
Daniel J. Vecchio
425 Market Street
San Francisco, CA 94105

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 5, 2010.

                /s/ George C. Aguilar
                GEORGE C. AGUILAR

547052