1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  DANIEL J. VECCHIO (CA SBN 253122)
   DVecchio@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Nominal Defendant
   Celera Corporation and Defendants
8  Kathy Ordoñez, Joel R. Jung,
   Ugo DeBlasi, Richard A. Ayers,
9  Jean-Luc Belingárd, William G. Green,
   Peter Barton Hutt, Gail K. Naughton,
10 Wayne I. Roe, and Bennett M. Shapiro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CELERA CORP. DERIVATIVE LITIG. | Case No. CV 10-02935 JW |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE THEIR MOTION TO DISMISS FROM MONDAY, JANUARY 17, 2011, TO TUESDAY, JANUARY 18, 2011 |

STIPULATION & [PROPOSED] ORDER CONTINUING DEFS.' DEADLINE;
CASE NO. CV 10-02935 JW

1    WHEREAS, on October 15, 2010, plaintiffs Alan R. Kahn and Betty Greenberg
("Plaintiffs") filed the Consolidated Verified Shareholder Derivative Complaint for Breach of
Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment (Dkt. No. 16) against nominal
defendant Celera Corporation ("Celera") and certain of the officers and directors of Celera
(together with Celera, "Defendants");

WHEREAS, pursuant to the Order entered on December 16, 2010, Defendants shall file
their anticipated Motion to Dismiss on or before January 17, 2011, Plaintiffs shall file their
Opposition on or before March 4, 2011, Defendants shall file their Reply on or before March 21,
2011, and the hearing on the Motion to Dismiss is set for April 11, 2011 at 9:00 a.m.;

WHEREAS, on Monday, January 10, 2011, the Court announced that the Electronic Court
Filing ("ECF") system for the United States District Court for the Northern District of California is
scheduled to be offline from 5:00 p.m., Friday, January 14, 2011 until 6:30 a.m., Tuesday,
January 18, 2011;

WHEREAS, Defendants became aware of this issue on the afternoon of Tuesday,
January 11, 2011;

WHEREAS, because Monday, January 17, 2011 is Martin Luther King, Jr. Day, a Legal
Holiday, Defendants are unable to file a Motion to Dismiss manually;

WHEREAS, Section VI.6 of General Order No. 45, entitled "Electronic Case Filing," sets
forth the Court's policy concerning filings due when the ECF system is technically unavailable, and
states that any filings due the day when the ECF system is technically unavailable shall become due
the next business day;

WHEREAS, Defendants contacted Plaintiffs on Tuesday, January 11, 2011, informed
Plaintiffs of their intention to contact the Court to request that Defendants be permitted to file their
Motion to Dismiss on Tuesday, January 18, 2011, and Plaintiffs agreed to Defendants' request;

WHEREAS, Defendants contacted the Court's Scheduling Clerk on Wednesday,
January 12, 2011, seeking permission to file their Motion to Dismiss on Tuesday, January 18, 2011,
because of the ECF system's scheduled offline maintenance;

1  WHEREAS, the Court's Scheduling Clerk suggested that the parties file a stipulation explaining the circumstances and requesting an extension; and

WHEREAS, due to the unanticipated unavailability of the ECF system and the Defendants' recent notice of this issue, good cause exists to extend Defendants' deadline to file their Motion to Dismiss.

NOW THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree, stipulate and propose to the Court as follows:

Defendants shall file their anticipated Motion to Dismiss no later than Tuesday, January 18, 2011.

All other deadlines in this Action shall remain unchanged.

DATED: January __, 2011

MORRISON & FOERSTER LLP
JORDAN ETH
JUDSON LOBDELL
DANIEL J. VECCHIO

_____s/ Judson Lobdell_____
Judson Lobdell

Attorneys for Nominal Defendant Celera Corporation and Defendants Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi, Richard A. Ayers, Jean-Luc Belingárd, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro

DATED: January __, 2011

ROBBINS UMEDA LLP
MARC M UMEDA
GEORGE C. AGUILAR
JULIA M. WILLIAMS

_____s/George C. Aguilar_____
GEORGE C. AGUILAR

Attorneys for Plaintiffs

GARDY & NOTIS, LLP
MARK C. GARDY
JENNIFER SARNELLI
KELLY A. NOTO

Co-Lead Counsel for Plaintiffs

1                  *   *   *

2                    **ORDER**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5       Dated: January 14, 2011            _____

6                                                        Hon. James Ware
                                          United States District Court Chief Judge

1   I, Judson E. Lobdell, am the ECF User whose ID and password are being used to file this
2   Stipulation and [Proposed] Order Continuing Defendants' Deadline to File Their Motion to Dismiss
3   from Monday, January 17, to Tuesday, January 18, 2011.  In compliance with General Order
4   No. 45, X.B., I hereby attest that George Aguilar has concurred in this filing.

/s/ Judson E. Lobdell<br>JUDSON E. LOBDELL