1   Jennifer Sarnelli (Cal. Bar No. 242510)
    jsarnelli@gardylaw.com
2   **GARDY & NOTIS, LLP**
    560 Sylvan Avenue
3   Englewood Cliffs, NJ 07632
    Tel: 201-567-7377
4   Fax: 201-567-7337

5   *Attorneys for Plaintiffs*

6

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

3/29/2011

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION
10

11   In re CELERA CORP. DERIVATIVE          )   Lead Case No. C 10-02935 JW
     LITIG.                                 )
12                                          )   STIPULATION AND [PROPOSED]
                                            )   ORDER SETTING EXPEDITED
13   This Document Relates To:              )   BRIEFING SCHEDULE AND TAKING
                                            )   MOTIONS TO DISMISS OFF CALENDAR
14        ALL ACTIONS                       )
                                            )
15   _____    )

16        WHEREAS, Plaintiffs in the above-captioned case have filed a Motion for Leave to File

17   an Amended Consolidated Shareholder Derivative Complaint to address a new development

18   whereby Nominal Defendant Celera Corporation is being acquired through a tender offer by

19   Quest Diagnostics Incorporated;

20        WHEREAS, the tender offer will expire on April 25, 2011 and therefore Plaintiffs seek to

21   shorten time for this motion to be heard from the Court set date of June 27, 2011;

22        WHEREAS, Plaintiffs seek to expedite discovery regarding the new claims alleged in the

23   proposed Amended Complaint;

24        WHEREAS, if the Court grants Plaintiffs' motion to amend, Defendants seek to

25   temporarily stay for 30 days the new claims alleged in Plaintiffs' proposed Amended Complaint

26   in favor of a parallel proceeding in Delaware;

27        WHEREAS, in the interests of efficiency for the Court and the parties, Defendants seek

28

                                             1

1   to have their motion for a temporary stay heard at the same time as Plaintiffs' motions;

2       WHEREAS, the parties agree that in light of Plaintiffs' motion to amend their complaint,

3   the currently pending motions to dismiss (Docket Nos. 30 & 31),are withdrawn.  The Clerk of

4   Court shall vacate the April 11, 2011 hearing and terminate these motions from the Docket.

5       WHEREAS, pursuant to Northern District Local Rule 6-2, Plaintiffs and Defendants met

6   and conferred and agreed upon an expedited proposed schedule to address the parties' other

7   motions;

8       WHEREAS, the Court previously has entered the following scheduling modifications:  (i)

9   on November 2, 2010, pursuant to stipulation the Court continued the case management

10  conference scheduled for November 15, 2010 to March 28, 2011; (ii) on December 16, 2010, the

11  Court continued the hearing on Defendants' motions to dismiss from March 7, 2011 to April 11,

12  2011, took the case management conference scheduled for March 28, 2011 off calendar, and

13  modified the briefing schedule for Defendants' motions to dismiss accordingly; and (iii) on

14  January 14, 2011, pursuant to stipulation the Court extended Defendants' deadline to file their

15  motions to dismiss from January 17, 2011 to January 18, 2011;

16      NOW THEREFORE, Plaintiffs and Defendants, through their counsel of record, stipulate

17  to the following:

18      IT IS HEREBY STIPULATED that

19      (i)  Defendants will file their opposition to Plaintiffs' motion to amend on Wednesday,

20  March 30, 2011;

21      (ii)  Defendants will file their motion for a temporary stay on Monday, March 28, 2011.

22  Plaintiffs will file their opposition to that motion on Wednesday, March 30, 2011;

23      (iii)  Plaintiffs will file their motion for expedited discovery on Monday, March 28, 2011.

24  Defendants will file their opposition to that motion on Wednesday, March 30, 2011;

25      (iv) Plaintiffs and Defendants waive the right to file reply briefs in connection with the

26  above-referenced motions;

27      (v)  Plaintiffs and Defendants seek to have the above-referenced motions heard by the

28

STIP. AND [PROP.] ORDER SETTING EXPEDITED BRIEFING SCHEDULE & TAKING MOTS. OFF CALENDAR
Case No. 10-cv-02935 JW

1 Court on **April 18, 2011 at 9:00 AM.**

2

3     (vi) Defendants' pending motions to dismiss scheduled to be heard on April 11, 2011,

4 are withdrawn.  The Clerk of Court shall terminate these Motions from the Docket.

5

6 IT IS SO STIPULATED:

7

8 DATED:  March 28, 2011          GARDY & NOTIS, LLP

9                                 By: */s/  Jennifer Sarnelli*
                                  Jennifer Sarnelli
10                                Attorney for Plaintiffs

11                                GARDY & NOTIS, LLP
                                  560 Sylvan Avenue
12                                Englewood Cliffs, NJ 07632
                                  201.567.7377 phone
13                                201.567.7337 fax
14                                jsarnelli@gardylaw.com

15 DATED:  March 28, 2011          MORRISON & FOERSTER LLP
                                  JORDAN ETH
16                                JUDSON LOBDELL
17                                DANIEL J. VECCHIO

18                                By: */s/  Jordan Eth*
                                      Jordan Eth
19
20                                425 Market Street
                                  San Francisco, CA 94105
21                                Tel: 415-268-7187
                                  Fax: 415-268-7522
22                                Email: jeth@mofo.com

23                                Counsel for Nominal Defendant Celera
                                  Corporation and Individual Defendants Kathy
24                                Ordoñez, Joel R. Jung, Ugo Deblasi
                                  William G. Green, Richard H. Ayers, Jean-Luc
25                                Bélingard, Gail K. Naughton, Wayne I. Roe,
26                                Peter Barton Hutt, and Bennett M. Shapiro

27

28

3

1

**ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

3    DATED: ___March 29, 2011___                              _____

4                                                             THE HONORABLE JAMES WARE
                                                             UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIP. AND [PROP.] ORDER SETTING EXPEDITED BRIEFING SCHEDULE & TAKING MOTS. OFF CALENDAR
Case No. 10-cv-02935 JW

**ECF CERTIFICATION**

I, Jordan Eth, am the ECF User whose ID and password are being used to file this

**STIPULATION AND [PROPOSED] ORDER SETTING EXPEDITED BRIEFING**

**SCHEDULE AND TAKING MOTIONS TO DISMISS OFF CALENDAR.**  In compliance

with General Order 45, X.B., I hereby attest that Jennifer Sarnelli has concurred in this filing.


DATED:  March 28, 2011

By: */s/ Jordan Eth*
Jordan Eth

---

5