Jennifer Sarnelli (Cal. Bar No. 242510)
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Tel: 201-567-7377
Fax: 201-567-7337
jsarnelli@gardylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. DERIVATIVE LITIG.<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 10-02935 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE FOR PLAINTIFFS' MOTION TO AMEND** |

WHEREAS, Plaintiffs in the above-captioned case have filed a Motion for Leave to File an Amended Consolidated Shareholder Derivative Complaint to address a new development whereby nominal defendant Celera Corporation is being acquired through a tender offer by Quest Diagnostics Incorporated;

WHEREAS, the tender offer will expire on April 25, 2011 and therefore Plaintiffs seek to shorten time for this motion to be heard from the Court set date of June 27, 2011;

WHEREAS, the Parties previously submitted a Stipulation and Proposed Order on March 28, 2011 seeking to set an expedited schedule for Plaintiffs' Motions to Amend and Expedite and Defendants' Motion to Stay;

WHEREAS, the Court granted the Stipulation and Proposed Order setting a hearing date of April 18, 2011 to hear the Motion to Expedite and Motion to Stay;

WHEREAS, the Court did not reset the Motion to Amend hearing date;

1

1   WHEREAS, if the Court denies Plaintiffs' Motion to Amend, the Motion to Expedite and Motion to Stay become moot;

3   WHEREAS, the Court previously has entered the following scheduling modifications: (i) on November 2, 2010, pursuant to stipulation the Court continued the case management conference scheduled for November 15, 2010 to March 28, 2011; (ii) on December 16, 2010, the Court continued the hearing on Defendants' motions to dismiss from March 7, 2011 to April 11, 2011, took the case management conference scheduled for March 28, 2011 off calendar, and modified the briefing schedule for Defendants' motions to dismiss accordingly; (iii) on January 14, 2011, pursuant to stipulation the Court extended Defendants' deadline to file their motions to dismiss from January 17, 2011 to January 18, 2011; and (iv) on March 29, 2011, the Court set a briefing schedule for Plaintiffs' Motion to Amend and Motion to Expedite and Defendants' Motion to Stay, and set a hearing date for Plaintiffs' Motion to Expedite and Defendants' Motion to Stay;

14   NOW THEREFORE, Plaintiffs and Defendants, through their counsel of record, stipulate to the following:

16   IT IS HEREBY STIPULATED that

17   (i) Plaintiffs and Defendants seek to have Plaintiffs' Motion to Amend heard by the Court on Friday, April 18, 2011 at 9:00 a.m. Pacific Time in conjunction with the hearing scheduled for the Motion to Expedite and Motion to Stay in this action.

20   IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | DATED: April 7, 2011 | GARDY & NOTIS, LLP |
| 2 | | By:  /s/ Jennifer Sarnelli |
| | | JENNIFER SARNELLI |
| 3 | | Attorney for Plaintiffs |
| 4 | | |
| | | 560 Sylvan Avenue |
| 5 | | Englewood Cliffs, NJ 07632 |
| | | 201.567.7377 phone |
| 6 | | 201.567.7337 fax |
| | | jsarnelli@gardylaw.com |
| 7 | | |
| 8 | DATED: April 7, 2011 | MORRISON & FOERSTER LLP |
| | | JORDAN ETH |
| | | JUDSON LOBDELL |
| 9 | | DANIEL J. VECCHIO |
| 10 | | |
| | | By:   /s/ Jordan Eth |
| 11 | | Jordan Eth |
| 12 | | |
| | | 425 Market Street |
| 13 | | San Francisco, CA 94105 |
| | | 415-268-7187 phone |
| 14 | | 415-268-7522 fax |
| | | jeth@mofo.com |
| 15 | | |
| 16 | | Counsel for nominal defendant Celera Corporation and individual defendants Kathy Ordoñez, Joel R. Jung, Ugo Deblasi William G. Green, Richard H. Ayers, Jean-Luc Bélingard, Gail K. Naughton, Wayne I. Roe, Peter Barton Hutt, and Bennett M. Shapiro |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | * * * |
| | | **ORDER** |
| 21 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 12, 2011

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

3

Stip. and [Prop.] Order Setting Motion to Amend Hearing Date
Case No. 10-cv-02935 JW