**IT IS SO ORDERED**
Judge Edward J. Davila

1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Nominal Defendant
   Celera Corporation and Defendants
7  Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi,
   Richard A. Ayers, Jean-Luc Bélingard,
8  William G. Green, Peter Barton Hutt,
   Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro
9

10 [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re CELERA CORP. DERIVATIVE LITIG. | Case No.  10-cv-02935-EJD |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **DERIVATIVE ACTION**<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' AMENDED CONSOLIDATED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)** |

STIPULATION EXTENDING TIME TO RESPOND
CASE NO. 10-CV-02935-EJD
sf-2986522

1    Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, the parties, by
2 and through their undersigned counsel, stipulate as follows:
3    WHEREAS, on June 14, 2010, a securities class action entitled *Washtenaw County
4 Employees' Retirement System v. Celera Corporation*, Case No. C 10-2604-EJD (the "Securities
5 Action") was filed in United States District Court for the Northern District of California;
6    WHEREAS, on July 2 and 9, 2010, plaintiffs Alan R. Kahn and Betty Greenberg
7 ("Plaintiffs") filed the present shareholder derivative actions, which were consolidated into a single
8 action on September 23, 2010;
9    WHEREAS, on August 11, 2010, the Court related the present action to the Securities
10 Action;
11    WHEREAS, on April 22, 2011, Plaintiffs in the present action filed their Amended
12 Consolidated Verified Shareholder Derivative Complaint (the "Amended Complaint") against
13 nominal defendant Celera Corporation and certain of its officers and directors ("Defendants")
14 alleging breach of fiduciary duty and unjust enrichment;
15    WHEREAS, plaintiffs in the above-referenced and related Securities Action currently are
16 scheduled to file an amended complaint on or before May 6, 2011, and the parties currently are
17 scheduled to complete briefing on defendants' anticipated motion to dismiss in the Securities
18 Action on or before September 1, 2011;
19    WHEREAS, the present action relies upon many of the same underlying facts and events as
20 those at issue in the Securities Action; and
21    WHEREAS, the parties agree that, in the interests of efficiency and judicial economy,
22 briefing and hearing of Defendants' anticipated motions to dismiss the Amended Complaint should
23 be deferred until the Court resolves the defendants' motion to dismiss the Securities Action.
24    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this
25 action, through their counsel of record, as follows:
26
27
28

1. Defendants' time to answer, move, or otherwise respond to the Amended Complaint is extended until after the Court resolves the defendants' motion to dismiss the Securities Action, as set forth in 2 below.

2. Within twenty (20) days after the date of filing of the Court's Order on defendants' motion to dismiss the Securities Action, the parties will meet and confer regarding a schedule pursuant to which the Defendants will answer, move, or otherwise respond to the Amended Complaint.

3. The parties reserve their right to renegotiate the terms of this Stipulation, or to otherwise request appropriate relief from the Court at any time.

DATED:  April 28, 2011

MORRISON & FOERSTER LLP
JORDAN ETH
JUDSON LOBDELL

_____s/ Judson Lobdell_____
Judson Lobdell

Attorneys for Nominal Defendant Celera Corporation and Defendants Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi, Richard A. Ayers, Jean-Luc Bélingard, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro

DATED:  April 28, 2011

ROBBINS UMEDA LLP
MARC M. UMEDA
GEORGE C. AGUILAR
JULIA M. WILLIAMS

_____s/George C. Aguilar_____
GEORGE C. AGUILAR

Attorneys for Plaintiffs

GARDY & NOTIS, LLP
MARK C. GARDY
JENNIFER SARNELLI
KELLY A. NOTO

Co-Lead Counsel for Plaintiffs

I, Judson E. Lobdell, am the ECF User whose ID and password are being used to file this Stipulation Extending Defendants' Time to Respond to Plaintiffs' Amended Consolidated Verified Shareholder Derivative Complaint Pursuant to Local Rule 6-1(A). In compliance with General Order No. 45, X.B., I hereby attest that George Aguilar has concurred in this filing.

/s/ Judson E. Lobdell<br>
JUDSON E. LOBDELL