| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| 2 | JUDSON E. LOBDELL (CA SBN 146041) |
| | JLobdell@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street, 32nd Floor |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Nominal Defendant |
| | Celera Corporation and Defendants |
| 7 | Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi, |
| | Richard A. Ayers, Jean-Luc Bélingard, |
| 8 | William G. Green, Peter Barton Hutt, |
| | Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro |
| 9 | |
| | [Additional counsel appear on signature page.] |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. DERIVATIVE LITIG. | Case No. 10-cv-02935-EJD(HRL) |
| | **DERIVATIVE ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ALL ACTIONS | |

Pursuant to Civil L.R. 7-12, the parties, by and through their undersigned counsel of record, submit the following stipulation and proposed order requesting that the case management conference currently scheduled for December 2, 2011 be rescheduled to a date and time that is convenient to the Court after the Court has ruled on defendants' pending motion to dismiss in the related action entitled *In re Celera Corp. Securities Litigation*, Case No. 10-cv-2604-EJD (HRL) (the "Securities Action"), currently pending before this Court.

WHEREAS, on August 11, 2010, the Court related the above-captioned action to the action entitled *In re Celera Corp. Securities Litigation*, Case No. 10-cv-2604-EJD (HRL) (the "Securities Action"), currently pending before this Court [Dkt. No. 7];

WHEREAS, pursuant to the August 11, 2010 order, the Court set a case management conference for December 20, 2010 [Dkt. No. 7];

WHEREAS, pursuant to an order dated September 23, 2010, the Court rescheduled the case management conference for November 15, 2010 [Dkt. No. 13];

WHEREAS, pursuant to the parties' stipulation, on November 10, 2010, the Court rescheduled the case management conference for March 28, 2011 [Dkt. No. 25];

WHEREAS, on December 16, 2010, the Court vacated the March 28, 2011 case management conference as premature [Dkt. No. 27];

WHEREAS, on April 22, 2011, Plaintiffs in the present action filed their Amended Consolidated Verified Shareholder Derivative Complaint (the "Amended Complaint") against nominal defendant Celera Corporation and certain of its current and former officers and directors ("Defendants") [Dkt. No. 61];

WHEREAS, on April 25, 2011, this action was reassigned to the Honorable Edward J. Davila [Dkt. No. 62];

WHEREAS, on May 10, 2011, the Court ordered the parties' stipulation in the present action extending Defendants' time to answer, move, or otherwise respond to the Amended Complaint until the Court resolves the defendants' motion to dismiss in the related Securities Action [Dkt. No. 70];

1  WHEREAS, defendants' motion to dismiss the Securities Action has been taken under submission by the Court [Dkt. No. 61];

WHEREAS, by Clerk's Notice entered on August 24, 2011 [Dkt. No. 73], a case management conference in this action is currently scheduled for December 2, 2011;

WHEREAS, it would conserve judicial and party resources to hold the case management conference in this action after the Court has decided the defendants' motion to dismiss the Securities Action;

IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel of record, subject to approval of the Court, as follows:

1. The case management conference currently scheduled for December 2, 2011, shall be rescheduled to a date and time that is convenient to the Court after the Court has ruled on defendants' pending motion to dismiss the Securities Action; and

2. The parties shall file a Joint Case Management Conference Statement ten days prior to the conference.

| | | |
|---|---|---|
| 1 | Dated: November 22, 2011 | MORRISON & FOERSTER LLP<br>JORDAN ETH |
| 2 | | JUDSON LOBDELL |
| 3 | | |
| 4 | | By: /s/ Judson Lobdell |
| | | Judson Lobdell |
| 5 | | |
| 6 | | Attorneys for Nominal Defendant<br>Celera Corporation and Defendants |
| 7 | | Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi,<br>Richard A. Ayers, Jean-Luc Bélingard,<br>William G. Green, Peter Barton Hutt, |
| 8 | | Gail K. Naughton, Wayne I. Roe, and<br>Bennett M. Shapiro |
| 9 | | |
| 10 | Dated: November 22, 2011 | ROBBINS UMEDA LLP<br>MARC M. UMEDA |
| 11 | | GEORGE C. AGUILAR<br>JULIA M. WILLIAMS |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ George C. Aguilar<br>George C. Aguilar |
| 15 | | Attorneys for Plaintiffs |
| 16 | | GARDY & NOTIS, LLP |
| 17 | | MARK C. GARDY<br>JENNIFER SARNELLI |
| 18 | | KELLY A. NOTO |
| 19 | | Co-Lead Counsel for Plaintiffs |
| 20 | | * * * |
| 21 | | **ORDER** |
| 22 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 23 | | |
| 24 | Dated: November 23, 2011 | [signature] |
| 25 | | Honorable Edward J. Davila<br>United States District Court Judge |

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC;
CASE NO. 10-CV-02935-EJD(HRL)
sf-3070612

3

1 I, Judson E. Lobdell, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order No. 45, X.B., I hereby attest that George Aguilar has concurred in this filing.

By: /s/ Judson Lobdell
    Judson Lobdell

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC;
CASE NO. 10-CV-02935-EJD(HRL)
sf-3070612

4