1 | JORDAN ETH (CA SBN 121617)
JEth@mofo.com
2 | JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Nominal Defendant
Celera Corporation and Defendants
7 | Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi,
Richard A. Ayers, Jean-Luc Bélingard,
8 | William G. Green, Peter Barton Hutt,
Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. DERIVATIVE LITIG. | Case No. 10-cv-02935-EJD(HRL) |
| | DERIVATIVE ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER<br><br>Courtroom: 1<br>Judge: Hon. Edward J. Davila |

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. 10-CV-02935- EJD(HRL)
sf-3260900

Defendant Celera Corporation and Defendants Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi, Richard A. Ayers, Jean-Luc Bélingard, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro hereby give notice that Shearman & Sterling LLP is being substituted as counsel, replacing Morrison & Foerster LLP. Shearman & Sterling LLP's contact information for this case is as follows:

> Stephen D. Hibbard (State Bar No. 177865)
> shibbard@shearman.com
> Mikael A. Abye (State Bar No. 233458)
> mikael.abye@shearman.com
> Four Embarcadero Center, Suite 3800
> San Francisco, CA 94111-5994
> Telephone: (415) 616-1100
> Facsimile: (415) 616-1199
>
> Brian Polovoy (*Pro Hac Vice* to be submitted)
> bpolovoy@shearman.com
> Sara Ricciardi (*Pro Hac Vice* to be submitted)
> sara.ricciardi@shearman.com
> 599 Lexington Avenue
> New York, NY 10022-6069
> Telephone: (212) 848-4000
> Facsimile: (212) 848-7179

Dated: March 12, 2013

JORDAN ETH
JUDSON E. LOBDELL
MORRISON & FOERSTER LLP

By: /s/ Judson E. Lobdell
JUDSON E. LOBDELL

Attorneys for Nominal Defendant Celera Corporation and Defendants Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi, Richard A. Ayers, Jean-Luc Bélingard, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro

1 **[PROPOSED] ORDER**

2 The foregoing substitution of counsel is authorized by the Court and the Clerk of the

3 Court is directed to make the appropriate change on the docket.

4 IT IS SO ORDERED.

5 Dated: __March 13__, 2013

6 _____
The Honorable Edward J. Davila
7 United States District Judge

[PROPOSED] ORDER TO SUBSTITUTE COUNSEL
CASE NO. 10-cv-02935- EJD(HRL)
sf-3260900